UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Beatrice Stackhouse,

                            Plaintiffs,

      -against-

Wal-Mart Stores East, LP,

                          Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24-cv-9404 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **April 22, 2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

     **SO ORDERED.**

DATED:    White Plains, New York
              March 7, 2025

                                                         _____
                                                          VICTORIA REZNIK
                                                          United States Magistrate Judge